UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:25–cv–08569–MWF–E           Date        January 27, 2026

Title        KASEEM BOOKER V. VERIZON WIRELESS SERVICES, LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                              Not Reported;
      Courtroom Deputy                            Court Reporter

   Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
          None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed January 26, 2026, the Court sets a hearing on Order To Show Cause Re Dismissal for March 9, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  smom